LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SILULU,<br><br>Defendant. | Case No. 2:19-cr-00212-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, STEVEN SILULU by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Christopher Chiou, Acting United States Attorney and Brian Whang, Assistant United States Attorney, that sentencing in the above-captioned matter currently set for June 4, 2021 at 10:00 a.m. be continued to a date and time convenient to the Court, but no sooner than ninety (90) days from the current scheduled hearing.

This Stipulation is entered into for the following reasons:

1. That Defendant is still gathering material for purposes of presenting at his sentencing and sentencing memorandum;

2. That counsel for Defendant has spoken with Brian Whang, Assistant United States Attorney who has no objection to the continuance;

3. That Defendant is in custody and has no objection to the continuance;

4. That denial of this request for continuance could result in a miscarriage of justice; and

5. That additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(b)i and 3161 (h)(7)(b)(iv). In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in a speedy trial.

DATED this __27th__ day of May, 2021.

Respectfully Submitted,

_/s/. Lance Hendron_
Lance J. Hendron, Esq.
Attorney for Defendant


_/s/ Brian Whang_
Christopher Chiou,
Acting United States Attorney
Brian Whang,
Assistant United States Attorney

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN SILULU,<br><br>　　　　Defendant. | CASE No.: 2:19-cr-00212-JCM-VCF |

### FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. That Defendant is still gathering material for purposes of presenting at his sentencing and sentencing memorandum;
2. That counsel for Defendant has spoken with Brian Whang, Assistant United States Attorney who has no objection to the continuance;
3. That Defendant is in custody and has no objection to the continuance;
4. That denial of this request for continuance could result in a miscarriage of justice; and;

5. That additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section3161(h)(7)(b)i and 3161 (h)(7)(b)(iv).  In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in a speedy trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (ii).

. . .

. . .

. . .

. . .

. . .

4

## ORDER

IT IS HEREBY ORDERED that the sentencing in this matter scheduled for June 4, 2021, at the hour of 10:00 a.m., is hereby vacated and continued to the __23rd__ day of _____July_____, 2021, at the hour of __10:00__ a.m., in Courtroom 6A.

DATED June 1, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 710-5555 ▪ FAX (702) 718-5555